UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. _____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARRETT PATRICK ZIEGLER,

    Defendant.

INFORMATION

18 U.S.C. § 2
18 U.S.C. § 844(i)

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Arson)

On or about May 29, 2020, in the State and District of Minnesota, the defendant,

**GARRETT PATRICK ZIEGLER**,

aided and abetted, by means of fire and explosive materials, the maliciously damage of the Dakota County Western Service Center located at 14955 Galaxie Avenue in Apple Valley, Minnesota, a building used in interstate commerce, all in violation of Title 18, United States Code, Sections 2 and 844(i).

### FORFEITURE ALLEGATIONS

Upon conviction of the violation of Title 18, United States Code, Section 844 set forth in Count 1 of this Information, the defendant, Garrett Patrick Ziegler, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to Title 18, United



United States v. Ziegler

States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violation.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

Date: August 27, 2020                          ERICA H. MACDONALD
                                               United States Attorney

                                               /s/ Alexander D. Chiquoine
                                               ALEXANDER D. CHIQUOINE
                                               Assistant United States Attorney
                                               Attorney Reg. No. 0396420MN