### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

    v.                                                                                     Criminal No.  20-cr-188 (ADM)

GARRETT PATRICK ZIEGLER

_____

UNITED STATES OF AMERICA

    v.                                                                                     Criminal No.  20-cr-146 (SRN)

FORNANDOUS CORTEZ HENDERSON

### NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- ■ The cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

- ■ The cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.

- ■ The cases stem from an investigation of a common organization and the cases involve common personnel and/or factual scenarios.

Dated: August 28, 2020

Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

*/s/ Alexander D. Chiquoine*
BY:  ALEXANDER D. CHIQUOINE
Assistant United States Attorney
Attorney ID No. 0396420